IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD GRIFFEN,                                               6:13-cv-2067-SU
                                                            O R D E R
       Petitioner,

  vs.

GREG ROBERTS, et al.,

       Respondents.

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on December 13, 2013. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings

1 - ORDER

and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Petitioner filed objections (doc. 13) to the Findings and Recommendation. Respondent declined to file any response. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 7) and allow petitioner's application to proceed in forma pauperis (#1), however, dismiss petitioner's petition as it is legally frivolous and fails to state a claim. Therefore, petitioner's motion for appointment of counsel (#3) is denied as moot. This case is dismissed.

IT IS SO ORDERED.

Dated this 15 day of January 2014.

Ann Aiken
United States District Judge

2 - ORDER